**Rapaport Law Firm, PLLC** | Attorneys at Law | 80 Eighth Avenue | Suite 206 | New York, NY 10011 | Tel 212.382.1600 | Fax 212.382.0920 | www.rapaportlaw.com

# Rapaport Law Firm

Marc A. Rapaport*
Tel (212) 382-1600
Fax (212) 382-0920
mrapaport@rapaportlaw.com

*Member NY & NJ Bars

February 24, 2023

**Via ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re:   *Melendez v. LL Floor Designs, Inc. et al.*
         **Case No. 1:22-cv-07169(RA)**

Dear Judge Abrams:

We represent Defendants in the above-referenced matter, which involves wage claims under the Fair Labor Standards Act and New York Labor Law. Monday, February 27, 2023, is the deadline for the parties to submit their signed settlement agreement, together with their joint letter application for approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F. 3d 199 (2d Cir. 2015). The parties are continuing to draft the agreement and joint *Cheeks* application. However, despite their best efforts, the parties will be unable to meet Monday's deadline for submitting the signed agreement. For these reasons, the parties jointly request an extension to March 10, 2023 of the *Cheeks* deadline.

No other deadlines or scheduled appearances will be affected by the requested adjournment. This is the first request to adjourn the deadline for the *Cheeks* application.

The parties appreciate the Court's attention to this request.

Respectfully,

Marc A. Rapaport

Cc:   All counsel of Record via ECF

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
2/27/2023