# K<small>ATZ</small>M<small>ELINGER</small>

370 L<small>EXINGTON</small> A<small>VENUE</small>, S<small>UITE</small> 1512
NEW YORK, NEW YORK 10017
www.katzmelinger.com

| | |
|---|---|
| Eliseo Cabrera | o: 212.460.0047 |
| Katz Melinger PLLC | f : 212.428.6811 |
| | edcabrera@katzmelinger.com |

March 24, 2023

**Via ECF**
Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *Melendez v. LL Floor Designs, Inc. et al*
                **Civil Action No. 1:22-cv-07169-RA**

Your Honor:

      Our office represents the plaintiff in the above-captioned matter. On March 13, 2023, the Court issued an Order requiring the parties to submit a motion for settlement approval on or before March 24, 2023. We write to respectfully request a brief extension of one (1) week, until March 31, 2023, to submit the motion for settlement approval. This is the third request for an extension of the parties' deadline to submit the motion for settlement approval.

      The parties have finished drafting the settlement agreement and Plaintiff has executed the agreement. However, counsel for Defendants has indicated that Defendants may not be able to execute the agreement by March 24, 2023, and therefore the parties respectfully request an additional week to submit the motion for settlement approval to the Court.

      We thank the Court for its attention to and consideration in this matter.

Respectfully submitted,

*/s/ Eliseo Cabrera*

Eliseo Cabrera

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
3/27/2023