UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
EDDY MELENDEZ, individually and on behalf of all  :
others similarly situated,                                              :
                                                                                     :   Case No. 22-cv-07169(RA)
                                              Plaintiff,               :
        - against -                                                          :
                                                                                     :
LL FLOOR DESIGNS, INC. and LESTER LOCKWOOD, :
                                                                                     :
                                              Defendants.           :
------------------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, and ordered by the Court, that:

(a) the Parties' settlement of claims under the Fair Labor Standards Act is fair and reasonable in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015); and

(b) the above-captioned action is dismissed *with prejudice* pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and without costs, disbursements or attorneys' fees to any party, except as provided for in the parties' settlement agreement; and

(c) the Court shall retain jurisdiction of this matter for the sole purposes of enforcing the parties' settlement.

2

| **KATZ MELINGER PLLC** | **RAPAPORT LAW FIRM, PLLC** |
|---|---|
| By: ___/s/ Eliseo Cabrera_____ <br> Eliseo Cabrera <br> *Attorneys for Plaintiff* <br> 370 Lexington Avenue, Suite 1512 <br> New York, New York 10017 <br> Ph: (510) 734-9579 <br> edcabrera@katzmelinger.com | By: ____/s/ Marc Rapaport_____ <br> Marc A. Rapaport <br> *Attorneys for Defendants* <br> 80 Eighth Avenue, Suite 206 <br> New York, New York 10011 <br> Ph: (212) 382-1600 <br> mrapaport@rapaportlaw.com |

**SO ORDERED:**

_____

Ronnie Abrams
United States District Judge

4/5/2023
_____
Dated